**Pedro Ortua SERVANO, III; Salvacion Capistrano Servano, Petitioners,**

v.

**IMMIGRATION & NATURALIZATION SERVICE, Respondent.**

No. 01–70056.

I & NS Nos. A23–516–701, A38–051–603.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 3, 2002.

Decided April 16, 2002.

Before FERNANDEZ and RAWLINSON, Circuit Judges, annd SHEA,* District Judge.

### MEMORANDUM**

There was no abuse of discretion in denying Mrs. Servano's application for a deportation waiver, or Mr. Servano's request for suspension of deportation.[1] The adverse credibility determinations in the administrative proceedings were based on substantial evidence, and supported the finding that Mr. Servano could not establish good moral character, and that Mrs. Servano was not entitled to relief from deportation. *See INS v. Yang,* 519 U.S. 26, 30, 117 S.Ct. 350, 136 L.Ed.2d 288 (1996); *Ramos v. INS,* 246 F.3d 1264, 1265–66 (9th Cir.2001).

PETITION DENIED.

---

* The Honorable Edward F. Shea, United States District Judge for the Eastern District of Washington, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. Because the Servanos were in deportation proceedings prior to April 1, 1997, this case falls under the transitional rules of the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA"). See IIRIRA § 309(c).